UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Dana Young</u>

        v.                             Civil No. 10-cv-339-LM

<u>Avante USA Ltd.</u>


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

January 31, 2011                                   <u>/s/ Landya B. McCafferty</u>
                                                  Landya B. McCafferty
                                                  United States Magistrate Judge


cc:     James D. Kelly, Esq.